## CLEVELAND, CINCINNATI, CHICAGO & ST. LOUIS RAILWAY COMPANY v. McKEE ET AL.

[No. 5,364.]

### SAME v. HAYES.

[No. 5,365.]

### SAME v. SHANKS.

[No. 5,366.]

### SAME v. MILLER ET AL.

[No. 5,367.]

### SAME v. GARNIER ET AL.

[No. 5,368.]

### SAME v. HAYES.

[No. 5,369.]

## SAME *v.* NOWLIN ET AL.

[No. 5,370. Filed May 31, 1905.]

From Dearborn Circuit Court; *William S. Holman*, Special Judge.

Condemnation proceedings by the Cleveland, Cincinnati, Chicago & St. Louis Railway Company. From judgments refusing to litigate awards after payments, plaintiff appeals. *Reversed.*

*S. O. Bayless, Roberts & Johnston, L. J. Hackney* and *John T. Dye,* for appellant.

*Martin J. Givan,* for appellees in Nos. 5,364, 5,365, 5,368, 5,369.
*Warren N. Hauk,* for appellee in No. 5,366.
*Estal G. Bielby,* for appellees in Nos. 5,367, 5,370.

COMSTOCK, J.—Condemnation proceedings by appellant against appellees. From judgments holding that the company was estopped to appeal from the awards of the appraisers it appealed to this court. The same questions are presented in these cases as were involved in *Cleveland, etc., R. Co.* v. *Nowlin* (1904), 163 Ind. 497, and in *Cleveland, etc., R. Co.* v. *Hayes* (1905), *ante,* 539, and upon the authority of those cases the judgments in the above cases are reversed, with instructions to the trial court to sustain appellant's demurrer to the second paragraph of the answer in each case.